UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,     )
     )
     Plaintiff,     )     Case No. 1:09-cr-00153
     )
v.     )     Honorable Janet T. Neff
     )
JOSE FLORENTINO DIAZ-CARRASCO,     )
     )
     Defendant.     )
_____)

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on July 13, 2009, after receiving the written consent of defendant and all counsel. There is no written plea agreement. At the hearing, defendant Jose Florentino Diaz-Carrasco entered a plea of guilty to Count Two of the Indictment charging defendant with the fraudulent use of a Social Security number in violation of 42 U.S.C. § 408(a)(7)(B). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Count Two of the Indictment be accepted, and that the court adjudicate defendant guilty. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date:  July 15, 2009                              /s/ Ellen S. Carmody
                                                 ELLEN S. CARMODY
                                                 United States Magistrate Judge


                              **NOTICE TO PARTIES**

            You have the right to de novo review of the foregoing findings by the district judge.
Any application for review must be in writing, must specify the portions of the findings or proceed-
ings objected to, and must be filed and served no later than ten days after the plea hearing.  *See* W.D.
Mich. L.Cr.R. 11.1(d).